**DISMISS and Opinion Filed November 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01270-CV

**PAIGE BISHOP, Appellant**
**V.**
**DALLAS COUNTY HOSPITAL DISTRICT D/B/A**
**PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17224**

# MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's October 28, 2019 motion to withdraw her notice of appeal.

We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

191270F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PAIGE BISHOP, Appellant

No. 05-19-01270-CV      V.

DALLAS COUNTY HOSPITAL
DISTRICT D/B/A PARKLAND HEALTH
AND HOSPITAL SYSTEM, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-17224.
Opinion delivered by Justice Osborne.
Justices Myers and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH AND HOSPITAL SYSTEM recover its costs of this appeal from appellant PAIGE BISHOP.

Judgment entered November 4, 2019